UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION
*Electronically Filed*

Removed from Rockcastle Circuit Court
Civil Action No.  21-CI-00005

| | |
|---|---|
| JESSIE HARRIS | ) |
| and | ) |
| CHESTER HARRIS | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: |
| MEET PATEL | ) Judge: |
| AMI TRANSPORT, LLC, | ) Magistrate: |
| ORLANDO NORIS | ) |
| and | ) |
| OLVERA'S FURNITURE, INC. | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332 and 1441, Defendants Meet Patel and AMI Transport, LLC (collectively, the "AMI Defendants"), remove to the U.S. District Court for the Eastern District of Kentucky, London Division, the civil action styled *Jessie Harris and Chester Harris v. Meet Patel, AMI Transport, LLC, Orlando*

*Noris, and Olvera's Furniture, Inc.,* Civil Action No. 21-CI-00005, which is currently pending before the Rockcastle Circuit Court, Rockcastle County, Kentucky. In support of their Notice of Removal, the AMI Defendants state:

1. On or about January 7, 2021, Plaintiffs Jessie Harris and Chester Harris filed a Complaint in the Rockcastle Circuit Court, bearing Civil Action No. 21-CI-00005 and naming Meet Patel, AMI Transport, LLC, Orlando Noris, and Olvera's Furniture, Inc., as defendants.

2. Plaintiff Jessie Harris was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal a citizen of the State of Tennessee. *See* Complaint, at ¶ 1.

3. Plaintiff Chester Harris was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal a citizen of the State of Tennessee. *See* Complaint, at ¶ 2.

4. Defendant Meet Patel was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal a citizen of the State of Ohio. *See* Complaint, at ¶ 3.

5. Defendant AMI Transport, LLC, was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal a limited-liability company organized and existing under the laws of the State of Ohio, with a principal place of business in Ohio. *See* Complaint, at ¶ 4.

6. The only member of AMI Transport, LLC, was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal a citizen of the State of Ohio.

7. Defendant Orlando Noris was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal a citizen of the State of Georgia. *See* Complaint, at ¶ 7.

8. Defendant Olvera's Furniture, Inc., was at the time of the filing of the Complaint and is at the time of filing this Notice of Removal a corporation organized and existing under the laws of the State of Georgia, with a principal place of business in Georgia. *See* Complaint, at ¶ 8.

9. Defendant Meet Patel was served with a copy of the Summons and Complaint on January 16, 2021, via certified mail.

10. Defendant AMI Transport, LLC, was served with a copy of the Summons and Complaint on January 16, 2021, via certified mail.

11. Defendant Orlando Noris was served with a copy of the Summons and Complaint on January 16, 2021, via certified mail.

12. Defendant Olvera's Furniture, Inc, was served with a copy of the Summons and Complaint on January 19, 2021, via certified mail.

13. This action is one the AMI Defendants may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) because it is an action between citizens of different states.

14. Though Plaintiff's Complaint does not identify a specific amount of damages sought, based on the medical expenses incurred in treating Jessie Harris and Chester Harris for the injuries alleged in the Complaint, and on the cause of action seeking punitive damages for the conduct alleged in the Complaint, the amount in controversy in this litigation, exclusive of interest and

costs, is greater than $75,000 and exceeds the jurisdictional threshold required by 28 U.S.C. §1332(a).

15. This Notice of Removal is filed within thirty (30) days after the AMI Defendants, Orlando Noris, and Olvera's Furniture, Inc., were served and/or received the Complaint and Summons as required by 28 U.S.C. § 1446(b).

16. Defendants Olvera's Furniture, Inc., and Orlando Norris have given their consent to the filing of this Notice of Removal and the removal of Civil Action No. 21-CI-00005, currently pending in the Rockcastle Circuit Court, to the U.S. District Court for the Eastern District of Kentucky, London Division.

17. A copy of the Rockcastle Circuit Court's entire file in Civil Action No. 21-CI-00005, is attached to this Notice of Removal as EXHIBIT A.

WHEREFORE, Defendants Meet Patel and AMI Transport, LLC, remove this action to the United States District for the Eastern District of Kentucky at London.

Respectfully submitted,

/s/ William T. Donnell
William T. Donnell
Richard V. Evans
WHITTENDONNELL
700 N. Hurstbourne Pkwy, Ste. 112
Louisville, KY 40222
P: 502-430-1016
F: 502-430-1083
wdonnell@louisvillecounsel.com
revans@louisvillecounsel.com
*Counsel for Defendants AMI Transport, LLC, and Meet Patel*

**CERTIFICATE OF SERVICE**

    I certify that on the 1st day of February 2021, I served a copy this Notice of Removal via U.S. Mail, postage prepaid, on the following counsel of record:

Shea Conley, Esq.
MORGAN & MORGAN
333 W. Vine Street
Suite 1200
Lexington, KY 40507
sconley@forthepeople.com
*Counsel for Plaintiff*

                                       */s/ William T. Donnell*
                                       *Counsel for Defendants*